No. 25,894.

E. C. Gentry, *Appellant*, v. John Le Clair, The Home State Bank of Aurora and C. F. Park, Interveners, *Appellees*.

OPINION ON REHEARING.

Appeal from Cloud district court; John C. Hogin, judge. Opinion on rehearing filed November 6, 1926. Former decision adhered to. (For original opinion of affirmance see 120 Kan. 183.)

*Charles L. Hunt, Frank C. Baldwin* and *C. J. Putt*, all of Concordia, for the appellant.

*A. M. French*, of Concordia, for appellee The Home State Bank; *Park B. Pulsifer* and *Clyde L. Short*, both of Concordia, for appellee C. F. Park.

The opinion of the court was delivered by

Hopkins, J.: A decision in this case was rendered February 6, 1926, and is reported in 120 Kan. 183. A petition for rehearing was granted. The case has been reargued and, upon due consideration, we find no reason to change the views previously expressed. What was said in the former opinion sufficiently covers the questions presented.

The original decision is adhered to.